| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
|---|---|
| EASTERN DISTRICT OF NEW YORK | MINUTE ENTRY |

BEFORE: ANNE Y. SHIELDS  
U.S. MAGISTRATE JUDGE

DATE: 6/20/23  
TIME: 11:00 am  
FTR: 11:09-11:15

CASE: **CV-23-906 (GRB) (AYS) BURNHAM V. NEW YORK**

TYPE OF CONFERENCE: INITIAL

APPEARANCES:  Plaintiff    Amy Bellantoni

              Defendant    Brian McLaughlin

**THE FOLLOWING RULINGS WERE MADE:**

OTHER: Conference held.

SO ORDERED

/s/ Anne Y. Shields
ANNE Y. SHIELDS